IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C.R. BARD, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION

MDL 2187

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

PRETRIAL ORDER # 93
(Order Amending PTO # 3 - Counsel Structure)

A. **Plaintiffs' Counsel Structure**

Following the initial case management conference in the above-styled litigation and subsequent proceedings, I previously issued a Pretrial Order addressing organizational roles including plaintiffs' counsel structure and composition of the Plaintiffs' Steering Committee.

Since the initial organization, this Court has been assigned additional MDLs relating to transvaginal mesh, and is currently overseeing nearly 40,000 cases, across six MDLs. With scheduled matters, including Bellwether trials, extensive discovery, consolidation and motion practice and considering the current posture of the litigation, I **FIND,** after careful consideration, that it is appropriate to add plaintiffs' co-liaison counsel to the Plaintiffs' Executive Committee. It is **ORDERED** that the following attorneys are appointed to the existing Plaintiffs' Executive Committee:

**1. Plaintiffs' Executive Committee**

Harry F. Bell, Jr., Esquire
The Bell Law Firm, PLLC
30 Capitol Street
P. O. Box 1723
Charleston, West Virginia 25326

(304) 345-1700 Phone
(304) 344-1956 Fax
hfbell@bellaw.com

Paul T. Farrell, Jr., Esquire
Greene, Ketchum, Bailey, Walker, Farrell & Tweel
P. O. Box 3289
Huntington, West Virginia 25724-2389
(304) 521-4778 Phone
(304) 529-3284 Fax
paul@greeneketchum.com

Carl N. Frankovitch, Esquire
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062
(304) 723-4400 Phone
(304) 723-5892 Fax
carln@facslaw.com

The court **DIRECTS** the Clerk to file a copy of this order in 2:10-md-2187 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:13-cv-30785.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

Enter: December 6, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE