# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

| | |
|---|---|
| ☐ MDL No. 2187 \| In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation | ☐ MDL No. 2325 \| In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation |
| ☐ MDL No. 2326 \| In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation | ☐ MDL No. 2327 \| In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| ☐ MDL No. 2387 \| In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation | |

**Civil Action Number (SDWV):** _____
(To be filed electronically in each member case noted)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One:   ☐ Plaintiff Counsel   ☐ Defense Counsel   ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| | | | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| | |

Party Representing:

| Originating Case Number: | Originating District: |
|---|---|

Originating Short-Case Style:

| Direct Dial Number: | Cell Phone Number: |
|---|---|
| Secretary Name: | Paralegal Name: |

## LAW FIRM INFORMATION

Firm Name:

Address:

| City: | State: | Zip: |
|---|---|---|

| Firm Phone Number: | Firm Fax Number: |
|---|---|

Other members of firm involved in this litigation:

_____   s/ _____
Date                                         Electronic Signature