# In Re C.R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation

**MDL 2187**  **Chief Judge Joseph R. Goodwin**
**Civil Action Number (SDWV):** _____

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

| ATTORNEY INFORMATION |||
|---|---|---|
| Check One: ☐ Plaintiff Counsel | ☐ Defense Counsel | ☐ Third Party Defense Counsel |
| Last Name | First Name | Middle Name/Maiden — Suffix |
| Bar Number and State: | E-Mail Address: ||
| Party Representing: |||
| Originating Case Number: | Originating District: ||
| Originating Short-Case Style: |||
| Direct Dial Number: | Cell Phone Number: ||
| Secretary Name: | Paralegal Name: ||

| LAW FIRM INFORMATION |||
|---|---|---|
| Firm Name: |||
| Address: |||
| City: | State: | Zip: |
| Firm Phone Number: | Firm Fax Number: ||
| Other members of firm involved in this litigation: |||

_____        s/ _____
Date                                              Electronic Signature