IN THE UNITED STATES DISTRICT COURT
0FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,                                              MDL NO. 2187
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is a Motion for Change of Address, filed on April 28, 2016 [ECF No. 1911]. In the motion, counsel request that in the main MDL and each individual case in which Freese & Goss, PLLC is associated, the firm address be updated as set forth in the motion. Counsel state that the motion applies to Tim K. Goss, Tamara L. Banno, John Harloe and Yvette Diaz.

It is **ORDERED** that the Motion for Change of Address is **GRANTED**.

The Clerk is **DIRECTED** to update the firm address, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2187 with which Tim K. Goss, Tamara L. Banno, John Harloe, and Yvette Diaz are associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  May 18, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE