Crooks v. C. R. Bard, Inc. et al
2:13-cv-29825



Crooks v. C. R. Bard, Inc. et al
2:13-cv-29825

Maryann Crooks
401 Oak Road
Harper, TX 78631



# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: C.R. BARD, INC.,
      PELVIC REPAIR SYSTEM
      PRODUCTS LIABILITY LITIGATION       MDL 2187

---

THIS DOCUMENT RELATES TO:
*Maryann Crooks v. C. R. Bard, Inc. et al.*       Civil Action No. 2:13-cv-29825

## ORDER

Pending is plaintiff's counsel's Motion to Withdraw as Counsel of Record for Plaintiff Maryann Crooks, filed on April 5, 2017. [ECF No. 9]. In the motion, Tim K. Goss and Tamara L. Banno of Freese & Goss, PLLC seek leave to withdraw as counsel under Local Civil Rule 83.4. As justification for the withdrawal, counsel state that plaintiff has not responded to multiple communications.

It is **ORDERED** that if the plaintiff wishes to respond to the motion to withdraw, she must do so on or before May 24, 2017. **If plaintiff does not respond, I may grant plaintiff's counsel's Motion to Withdraw as Counsel of Record for Plaintiff Maryann Crooks. Plaintiff is advised that in the event I grant the motion to withdraw, she will be responsible for complying with all deadlines and risks sanctions up to and including dismissal for failure to comply with any court imposed deadlines.** *Plaintiff's counsel are directed to send a copy of this order and a copy of the Motion to Withdraw as Counsel of Record for Plaintiff Maryann Crooks to plaintiff, via any*

*email address they may have for plaintiff, and via regular mail to her last known address.*

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to plaintiff Maryann Crooks, via certified mail, return receipt requested to 401 Oak Road, Harper, TX 78631, her last known address.

ENTER: April 24, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE