Crooks v. C. R. Bard, Inc. et al
2:13-cv-29825



Crooks v. C. R. Bard, Inc. et al
2:13-cv-29825



Maryann Crooks
401 Oak Road
Harper TX 78631

———————————————————————

2:13cv29825

———————————————————————

Case 2:13-cv-29825   Document 12   Filed 05/30/17   Page 1 of 2 PageID #: 25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C.R. BARD, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                    MDL 2187

---

THIS DOCUMENT RELATES TO:
*Maryann Crooks v. C. R. Bard, Inc., et al.*          Civil Action No. 2:13-cv-29825

## ORDER

Pending is plaintiff's counsel's Motion to Withdraw as Counsel of Record for Plaintiff Maryann Crooks, filed on April 5, 2017. [ECF No. 9]. In this motion, Tim K. Goss and Tamara L. Banno of Freese & Goss, PLLC seek leave to withdraw as counsel under Local Civil Rule 83.4. By order entered April 24, 2017 [ECF No. 10], I ordered that if plaintiff wished to respond to the motion to withdraw, she must do so on or before May 24, 2017. The Clerk was directed to send a copy of the order to plaintiff via certified, return receipt mail, to her last known address. The mail was returned as undeliverable.

For the reasons stated in the Motion to Withdraw as Counsel of Record for Plaintiff Maryann Crooks, and in light of plaintiff's failure to respond to my order, it is **ORDERED** that the Motion to Withdraw as Counsel of Record for Plaintiff Maryann Crooks is **GRANTED**. Plaintiff is warned that she must comply with all court orders and deadlines, or risks sanctions, up to and including dismissal of her case.

If plaintiff wishes to receive email notification of case activity by way of Notice of Electronic Filing in a Civil Action, she must (1) register for a PACER account at www.pacer.gov; AND (2) consent in writing to accept service by email notification of all documents (except summons and complaint, discovery materials and Rule 26 disclosures, and waive her right to personal service or service by first class mail pursuant to Fed. R. Civ. P. 5(b)(2)(E)). This consent must be filed in this case, and plaintiff must state that she has received the PACER account and provide her email address. Until then, the defendants must serve plaintiff by U.S. Mail as listed on the docket.

It is further **ORDERED** that counsel send a copy of this order to plaintiff, via any email address they may have for plaintiff, and via regular mail to the last known address.

The court **DIRECTS** the Clerk to: terminate Tim K. Goss and Tamara L. Banno as counsel for plaintiff; include the plaintiff's last known contact information on the docket; send a copy of this Order to counsel of record; and send a copy of this Order to plaintiff, via certified mail, return receipt requested to 401 Oak Road, Harper, TX 78631, plaintiff's last known address.

ENTER: May 30, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2