

No longer at this address

Maryann Crooks
401 Oak Road
Harper TX 78631

NIXIE    731    4C 1    01/16/18
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 25301253900    2368N04715300738

Maryann Crooks
401 Oak Road
Harper TX 78631

2:13cv29825

