IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C.R. BARD, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                              MDL No. 2187
--------------------------------------------------
THIS DOCUMENT RELATES TO
*Maryann Crooks v. C.R. Bard, Inc., et al.*                2:13-cv-029825

## SHOW CAUSE ORDER

Pending is Defendant's Motion to Dismiss, filed by Sofradim Production SAS ("Sofradim") on March 30, 2018. [ECF No. 17]. Sofradim asserts that plaintiff's case should be dismissed with prejudice for failure to comply with court orders, including the failure to timely provide the defendants with required pretrial discovery in violation of Pretrial Order Numbers 27, 28 and 275. Plaintiff, who is *pro se*, has not responded to this motion. It appears from the docket that the plaintiff's address is not current.

For reasons appearing to the court, the court **ORDERS** that plaintiff show cause on or before **July 24, 2019,** why Sofradim should not be dismissed. Should plaintiff fail to respond, she risks the entry of an order dismissing Sofradim. The court notes that defendant C. R. Bard, Inc. remains as a defendant in this case.

The court **DIRECTS** the Clerk to send a copy of this order to counsel of record and plaintiff at her last known address **and to post this order on the court's website for 14 days.**

ENTER:   July 10, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE