**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: C. R. BARD, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2187 |
| | Judge Joseph R. Goodwin |
| THIS DOCUMENT RELATES TO: *Maryann Crooks v. C. R. Bard, Inc. et al.* | Case No. 2:13-cv-29825 |

**DEFENDANT C. R. BARD, INC.'S NOTICE OF JOINDER IN DEFENDANT
SOFRADIM PRODUCTION SAS'S MOTION TO DISMISS**

Defendant C. R. Bard, Inc. ("Bard"), by and through undersigned counsel, hereby joins Defendant Sofradim Production SAS's ("Sofradim") Motion to Dismiss (the "Motion"), filed on March 30, 2018. *See* Dkt. No. 17.

As explained in Sofradim's Motion, Plaintiff Maryann Crooks ("Plaintiff") has failed to serve a Plaintiff Fact Sheet in violation of Pretrial Order ("PTO") No. 275. Therefore, she should be required to show cause as to why her case should not be dismissed. Sofradim's arguments apply equally to Bard, as Plaintiff failed to serve a Plaintiff Fact Sheet upon Bard. Under Fed. R. Civ. P. 37(b)(2)(A), if Plaintiff fails to show cause in accordance with the Court's July 10, 2019, Order, the Court should dismiss Plaintiff's case as to Bard. *See* Dkt. No. 20.

- 2 -

Dated: July 17, 2019                                  Respectfully Submitted,


                                                     */s/ Richard B. North*

                                                     Richard B. North
                                                     **Nelson Mullins Riley & Scarborough**
                                                     201 17th Street, N.W., Suite 1700
                                                     Atlanta, GA 30363
                                                     Phone: (404) 322-6050
                                                     Richard.north@nelsonmullins.com

                                                     *Counsel for Defendant C.R. Bard Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and a paper copy will be sent by certified mail via the U.S. Postal Service, postage prepaid, to:

>Maryann Crooks
>401 Oak Road
>Harper, TX 78631
>
>*Pro Se* Plaintiff

>*/s/ Richard B. North*
>Richard B. North
>**Nelson Mullins Riley & Scarborough**
>201 17th Street, N.W., Suite 1700
>Atlanta, GA 30363
>Phone: (404) 322-6050
>Richard.north@nelsonmullins.com
>
>*Counsel for Defendant C.R. Bard Inc.*