IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C.R. BARD, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                          MDL No. 2187

---------------------------------------------
THIS DOCUMENT RELATES TO

*Maryann Crooks v. C.R. Bard, Inc., et al.*                    2:13-cv-029825

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order entered today, the court **ORDERS** that judgment be entered in favor of the remaining named defendants, and that this case be dismissed without prejudice and stricken from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this order to counsel of record and plaintiff at her last known address.

**ENTER:** August 8, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE