



CLERK, UNITED STATES DISTRICT COURT
ROBERT C. BYRD U.S. COURTHOUSE
300 VIRGINIA ST., E., RM. 2400
CHARLESTON, WV 25301

OFFICIAL BUSINESS

Maryann Crooks
401 Oak Road
Harper TX 78631



Maryann Crooks v. C.R. Bard, Inc. et al
2:13-cv-029825

Maryann Crooks
401 Oak Road
Harper TX 78631

---

2:13cv29825

---

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC.<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2187 |

---------------------------------------------------
THIS DOCUMENT RELATES TO

*Maryann Crooks v. C.R. Bard, Inc., et al.*                    2:13-cv-029825

## MEMORANDUM OPINION AND ORDER

Pending are (1) Defendant's Motion to Dismiss, filed by Sofradim Production SAS ("Sofradim") on March 30, 2018 [ECF No. 17]; and (2) Defendant C.R. Bard, Inc.'s Notice of Joinder in Defendants Sofradim Production SAS's Motion to Dismiss, filed July 17, 2019 [ECF No. 21]. Defendant asserts in the first Motion [ECF No. 17], joined by C. R. Bard, Inc. ("Bard") [ECF No. 21], that plaintiff's case should be dismissed with prejudice for failure to comply with court orders, including the failure to timely provide the defendants with required pretrial discovery in violation of Pretrial Order Numbers 27, 28 and 275. Plaintiff, who is *pro se*, has not responded. It appears from the docket that the plaintiff's address is not current.

On July 10, 2019, the court entered a Show Cause Order directing plaintiff to show cause on or before July 24, 2019, why Sofradim should not be dismissed. [ECF No. 20]. The court sent a copy of this order to plaintiff at her last known address and posted it on the court's website. Plaintiff did not show cause or otherwise respond.

The court finds, pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure and after weighing the factors identified in *Wilson v. Volkswagen of Am.,*

*Inc.*, 561 F.2d 494, 503-06 (4th Cir. 1977), that this case should be dismissed without prejudice for plaintiff's failure to respond to the show cause order and otherwise comply with discovery deadlines in compliance with the court's previous pretrial and other orders.

Therefore, the court **ORDERS** that the motion to dismiss [ECF No. 17] is **GRANTED in part** to the extent Sofradim, joined by Bard, seeks dismissal and **DENIED in part insofar as defendants seek dismissal with prejudice.** The court **ORDERS** that TSL and Bard are dismissed without prejudice. No other defendants remain and the case is stricken from the docket and closed.

The court **DIRECTS** the Clerk to send a copy of this order to counsel of record and plaintiff at her last known address.

ENTER:     August 8, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C.R. BARD, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                    MDL No. 2187

---------------------------------------------------
THIS DOCUMENT RELATES TO

*Maryann Crooks v. C.R. Bard, Inc., et al.*                    2:13-cv-029825

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion and Order entered today, the court **ORDERS** that judgment be entered in favor of the remaining named defendants, and that this case be dismissed without prejudice and stricken from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this order to counsel of record and plaintiff at her last known address.

ENTER: August 8, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE